PROB 12C
(6/16)

Report Date: November 24, 2017

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 28 2017

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Minh Quang Do | Case Number: 0980 2:13CR00066-LRS-2 |
| Address of Offender: | Spokane, Washington 99205 |

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: February 25, 2014

| | |
|---|---|
| Original Offense: | Conspiracy to Commit Wire Fraud, 18 U.S.C. § 1349; Wire Fraud, 18 U.S.C. § 1343; Aggravated Identity Theft, 18 U.S.C. § 1028A(a)(1); |
| Original Sentence: | Prison - 42 months<br>TSR - 36 months |
| Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | James A. Goeke |
| Date Supervision Commenced: | August 4, 2016 |
| Defense Attorney: | Colin G. Prince |
| Date Supervision Expires: | August 3, 2019 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/03/2017 and 11/13/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 13 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On August 4, 2016, supervision commenced in this matter. On August 8, 2016, Minh Do reported to the U.S. Probation Office for the purpose of completing a supervision intake. At that time, his conditions of supervision were read to him, which included the above-noted mandatory condition number 2.<br><br>Mr. Do violated the terms of his supervised release by being cited for trespassing at Northern Quest Casino on or about November 11, 2017.<br><br>Mr. Do was previously trespassed from Northern Quest Casino. On February 25, 2017, Mr. Do was cited by Spoken County Sheriff's Office for trespassing at Northern Quest Casino. |

On November 11, 2017, the undersigned officer was notified that Mr. Do was contacted by the Spokane County Sheriff's Office. Law enforcement advised that Mr. Do was contacted at Northern Quest Casino and cited for trespassing.

| | |
|---|---|
| 14 | **Special Condition # 20**: You must abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On August 4, 2016, supervision commenced in this matter. On August 8, 2016, Minh Do reported to the U.S. Probation Office for the purpose of completing a supervision intake. At that time, his conditions of supervision were read to him, which included the above-noted special condition number 20.

Mr. Do violated the terms of his supervised release by consuming a controlled substance, cocaine, on or about November 13, 2017.

On November 13, 2017, Mr. Do appeared at Pioneer Human Services for the purposes of a random urinalysis test. The sample tested presumptive positive for cocaine. Mr. Do denied use and the sample was sent to the lab for additional testing. A lab report has since been received, which confirmed a positive presence for cocaine. It was also noted that the sample was a dilute specimen.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  11/24/2017

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [X] Defendant to appear before the Judge assigned to the case.
- [ ] Defendant to appear before the Magistrate Judge.
- [ ] Other

_____
Signature of Judicial Officer

11/28/17
Date