Report Date: April 18, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 18 2018

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Minh Quang Do | Case Number: 0980 2:13CR00066-LRS-2 |

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: February 25, 2014

| | |
|---|---|
| Original Offense: | Conspiracy to Commit Wire Fraud, 18 U.S.C. § 1349; Wire Fraud, 18 U.S.C. § 1343; Aggravated Identity Theft, 18 U.S.C. § 1028A(a)(1); |
| Original Sentence: | Prison - 42 Months     Type of Supervision: Supervised Release <br> TSR - 36 Months |
| Revocation Sentence: (11/29/2017) | Prison - 5 Months <br> TSR - 31 Months |
| Asst. U.S. Attorney: | James A Goeke     Date Supervision Commenced: March 29, 2018 |
| Defense Attorney: | Federal Defenders Office     Date Supervision Expires: October 28, 2020 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed. |

**Supporting Evidence**: On March 29, 2018, supervision commenced in this matter. On April 3, 2018, Minh Do reported to the U.S. Probation Office for the purposes of completing a supervision intake. At that time, his conditions of supervision were read to him, which included the above-noted standard condition number 2.

On April 9, 2018, he was directed to report to the U.S. probation officer daily, pending placement at the residential reentry center (RRC).

Mr. Do violated the terms of his supervised release by failing to report on April 11, 2018.

| | |
|---|---|
| 2 | **Special Condition # 8**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On March 29, 2018, supervision commenced in this matter. On April 3, 2018, Minh Do reported to the U.S. Probation Office for the purposes of completing a supervision intake. At that time, his conditions of supervision were read to him, which included the above-noted special condition number 8.

Minh Do violated the terms of his supervised release by consuming a controlled substance, methamphetamine, on or about April 9, 2018.

On April 9, 2018, Mr. Do reported to the U.S. Probation Office. He submitted to a urinalysis test. The sample tested presumptive positive for amphetamine and methamphetamine. Mr. Do denied use and the sample was sent to the laboratory for additional testing.

The lab report has since been received, confirming a positive presence for methamphetamine.

| | |
|---|---|
| 3 | **Special Condition # 8**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On March 29, 2018, supervision commenced in this matter. On April 3, 2018, Minh Do reported to the U.S. Probation Office for the purposes of completing a supervision intake. At that time, his conditions of supervision were read to him, which included the above-noted special condition number 8.

Minh Do violated the terms of his supervised release by consuming a controlled substance, methamphetamine, on or about April 11, 2018.

On April 12, 2018, Mr. Do reported to Pioneer Counseling Services for the purposes of urinalysis testing. The sample tested presumptive positive for amphetamine and methamphetamine.

Mr. Do then signed a drug use admission form admitting to methamphetamine un on April 11, 2018.

| | |
|---|---|
| 4 | **Special Condition # 11**: You must reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility. |

**Supporting Evidence**: On March 29, 2018, supervision commenced in this matter. On April 3, 2018, Minh Do reported to the U.S. Probation Office for the purposes of completing a supervision intake. At that time, his conditions of supervision were read to him, which included the above-noted special condition number 11.

Mr. Do violated the terms of his supervised release by failing to report to the RRC on or about April 5, 2018, and on or about April 16, 2018.

On April 3, 2018, Mr. Do was advised that his placement date for the RRC was April 5, 2018. He was directed to report to the RRC on April 5, 2018, by 12:00 p.m.

On April 5, 2018, Mr. Do failed to report to the RRC.

On April 10, 2018, Mr. Do reported. He was advised that a new placement date was secured for the RRC. Mr. Do was directed to report to the RRC on April 16, 2018, by 12:00 p.m.

On April 16, 2018, the undersigned officer placed a follow-up phone call to Mr. Do at 2:00 p.m. Mr. Do had not yet reported to the RRC. Mr. Do was advised he was still expected to report to the RRC on this date. Mr. Do agreed to comply.

On April 16, 2018, Mr. Do failed to report to the RRC.

| | |
|---|---|
| 5 | **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed. |

**Supporting Evidence**: On March 29, 2018, supervision commenced in this matter. On April 3, 2018, Minh Do reported to the U.S. Probation Office for the purposes of completing a supervision intake. At that time, his conditions of supervision were read to him, which included the above-noted standard condition number 2.

Mr. Do violated the terms of his supervised release, by failing to report as directed on April 18, 2018.

On April 17, 2018, the undersigned officer contacted Mr. Do in response to his failure to report to the RRC. Mr. Do was directed to report to the U.S. Probation Office on April 18, 2018, at 8:00 a.m.

On April 18, 2018, Mr. Do failed to report. It appears Mr. Do has chosen to abscond from supervision.

Prob12C
Re: Do, Minh Quang
April 18, 2018
Page 4

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 04/18/2018

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

4/18/18
Date